UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARLOS SEGUNDO-VILLA, | ) Case No. ED CV 13-00046-VBF(AJW) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| CALIFORNIA DEPARTMENT OF CORRECTIONS et al., | ) |
| Respondents. | ) |

Final judgment is hereby entered in favor of the respondents and against the petitioner.

Dated: August 18, 2014

*Valerie Baker Fairbank*

_____

Valerie Baker Fairbank
United States District Judge