# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| **CARLOS SEGUNDO-VILLA,** | ) |
| Petitioner, | ) Case No. ED CV 13-00046 VBF (AJW) |
| v. | ) |
| **CALIFORNIA DEPARTMENT OF CORRECTIONS et al.,** | ) ORDER ACCEPTING REPORT AND ) RECOMMENDATION OF ) MAGISTRATE JUDGE |
| Respondents. | ) |

Pursuant to 28 U.S.C. § 636(b)(1)©, the Court has reviewed the entire record in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. The Court accepts the findings of fact, conclusions of law, and recommendations contained in the Report, and denies the habeas corpus petition.

DATED:	August 18, 2014

*Valerie Baker Fairbank*
_____
Valerie Baker Fairbank
Senior United States District Judge